IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC, | : : : : |
| Plaintiff, | : : Civil Action No. 2:12-cv-06806-LDD |
| v. | : : Judge: Hon. Legrome D. Davis |
| EPSON AMERICA, INC., | : : |
| Defendant. | : : : |

**DEFENDANT EPSON AMERICA, INC.'S STATUS REPORT**

Pursuant to the Court's October 29, 2013 Order (Dkt. No. 29), Defendant Epson America, Inc. ("Epson") hereby provides an update regarding the status of the *ex parte* reexaminations of the asserted patents. On August 26, 2016, The examiner issued a Notice of Intent to Issue a Reexamination Certificate on the first three of the four asserted patents (U.S. Patent Nos. 6,894,811, 7,489,423, and 8,040,574). The asserted patents and reexamination Control Numbers are listed below:

| Patent No. | USPTO Control No. | Reexamination Initiation Date |
|---|---|---|
| 6,894,811 | 90/013,208 | Reexamination Ordered June 19, 2014 |
| 7,489,423 | 90/013,207 | Reexamination Ordered June 4, 2014 |
| 8,040,574 | 90/013,209 | Reexamination Ordered June 4, 2014 |
| 8,294,915 | 90/013,210 | Reexamination Ordered June 4, 2014 |

In the reexamination of the fourth asserted patent, U.S. Patent No. 8,294,915, the examiner issued an advisory action on July 30, 2015 rejecting claims 1-4, 6-12, 14, and 15 (claims 5 and 13 were cancelled in a previous re-examination). Infinity appealed to the Patent Trial and Appeal Board ("PTAB"). On June 15, 2016, the PTAB reversed the Examiner's

decision rejecting claims 1-4, 6-12, 14, and 15.  The reexamination now reverts to the examiner for further consideration.

DATED:  August 30, 2016

             Respectfully submitted,


           By: */s/ Jordan Trent Jones*
             Jordan Trent Jones (*pro hac vice*)
             Kilpatrick Townsend & Stockton LLP
             1080 Marsh Road
             Menlo Park, CA  94025
             Telephone:  (650) 752-2433
             Facsimile:  (650) 326-2422
             jtjones@kilpatricktownsend.com

             A. James Isbester (*pro hac vice*)
             Kilpatrick Townsend & Stockton LLP
             Two Embarcadero Center, Suite 1900
             San Francisco, CA 94111
             Telephone: (415) 273-4335
             Facsimile: (415) 576-0300
             jisbester@kilpatricktownsend.com

             Charles J. Bloom
             Joseph E. Wolfson
             STEVENS & LEE, P.C.
             620 Freedom Business Center, Suite 200
             King of Prussia, PA 19406
             Telephone:  (610) 205-6001
             Facsimile:  (610) 371-7964
             cjb@stevenslee.com

           Attorneys for Defendant
           EPSON AMERICA, INC.

**CERTIFICATE OF SERVICE**

    I, Jordan Trent Jones, hereby certify that the foregoing Defendant Epson America, Inc.'s Status Report was on this date filed pursuant to the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF System, to all interested counsel.  Notice of this filing will be sent to all registered counsel of record by operation of the CM/ECF system.

DATED:  August 30, 2016

                          Respectfully submitted,

                          By: */s/ Jordan Trent Jones*
                          Jordan Trent Jones (*pro hac vice*)
                          Kilpatrick Townsend & Stockton LLP
                          1080 Marsh Road
                          Menlo Park, CA  94025
                          Telephone:  (650) 752-2433
                          Facsimile:  (650) 326-2422
                          jtjones@kilpatricktownsend.com

                          A. James Isbester (*pro hac vice*)
                          Kilpatrick Townsend & Stockton LLP
                          Two Embarcadero Center, Suite 1900
                          San Francisco, CA 94111
                          Telephone: (415) 273-4335
                          Facsimile: (415) 576-0300
                          jisbester@kilpatricktownsend.com

                          Charles J. Bloom
                          Joseph E. Wolfson
                          STEVENS & LEE, P.C.
                          620 Freedom Business Center, Suite 200
                          King of Prussia, PA 19406
                          Telephone:  (610) 205-6001
                          Facsimile:  (610) 371-7964
                          cjb@stevenslee.com

                        Attorneys for Defendant
                        EPSON AMERICA, INC.