IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.** *Plaintiff* <br><br> v. <br><br> **TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.** *Defendant* | **CIVIL ACTION** <br><br> NO. 12-6796 (Consolidated) |
| **INFINITY COMPUTER PRODUCTS, INC.** *Plaintiff* <br><br> v. <br><br> **EPSON AMERICA, INC.** *Defendant* | **CIVIL ACTION** <br><br> NO. 12-6806 |

# ORDER

AND NOW, this 23rd day of February 2018, upon consideration of Defendant Epson America Inc.'s ("Defendant") motion to transfer for improper venue filed in Civil Action No. 12-6806, [ECF 61], Plaintiff Infinity Computer Products, Inc.'s response in opposition, [ECF 63], Defendant's reply, [ECF 69], and Defendant's notice of supplemental decision, [ECF 70], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to transfer is **GRANTED**. The Clerk of Court is directed to **TRANSFER** *Infinity Computer Products, Inc. v. Epson America, Inc.*, Civil Action No. 12-6806, to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1406(a), and to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*